# EXHIBIT 3

Patent Figures and Comparative Photographs

# EXHIBIT 3

 

FIG. 1

 

FIG. 2

 

FIG. 3



FIG. 4



 

FIG. 5

 



FIG. 6