AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHC HOLDINGS, LLC,

                   Plaintiff,

v.

JP DENISON LLC,

                  Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-02718-KJD-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $71,756.00.

January 20, 2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk